UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-04500-SPG-MAR | Date | November 27, 2024 |
| Title | Deana Lozano v. Walmart, Inc. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF DISMISSAL

Plaintiff Deana Lozano filed a stipulation of dismissal, (ECF No. 58), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order (ECF No. 58-1) as moot, and all pending dates are vacated and taken off calendar.

                                                                                            :

                                                  Initials of Preparer    pg